IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ECREDIT SOLUTIONS LLC, | § § | |
| Plaintiff, | § § | Case No. 6:20-cv-304-ADA |
| v. | § § § | |
| VYZE, INC., | § § | JURY TRIAL DEMANDED |
| Defendant. | § § § § | |

## PLAINTIFF'S ANSWER TO DEFENDANT VYZE, INC.'S COUNTERCLAIMS

Plaintiff eCredit Solutions LLC ("Plaintiff") submits this answer to Defendant Vyze, Inc.'s Counterclaims per Fed. R. Civ. P. 12.

## ANSWER

1. Admitted.

2. Admitted.

3. To the extent Paragraph 3 contains any allegations, Plaintiff denies them.

4. Plaintiff admits that counterclaims arise under the patent laws of the United States, and admits the Court has proper jurisdiction. Plaintiff denies all other allegations of Paragraph 4.

5. Admitted.

6. Admitted except as to the statement "though not necessarily convenient." Plaintiff denies the allegation that this Court is an inconvenient forum.

**COUNT I – DECLARATION REGARDING (ALLEGED) NON-INFRINGEMENT**

7. To the extent Paragraph 7 contains any allegations, Plaintiff denies them.

8. Plaintiff admits that there is an actual controversy based on Plaintiff's filing of this action. Plaintiff denies the remaining allegations of Paragraph 8.

9. Denied.

10. Denied.

**COUNT II – DECLARATION REGARDING (ALLEGED) INVALIDITY**

11. To the extent Paragraph 11 contains any allegations, Plaintiff denies them.

12. Plaintiff admits that there is an actual controversy based on Plaintiff's filing of this action. Plaintiff denies the remaining allegations of Paragraph 12.

13. Denied.

14. Denied.

## RESPONSE TO PRAYER FOR RELIEF

Plaintiff denies that Defendant is entitled to any of the relief sought in its prayer.

Respectfully Submitted,

Dated: June 4, 2020

By: */s/ Papool S. Chaudhari*
Papool S. Chaudhari
Texas State Bar No. 24076978
CHAUDHARI LAW, PLLC
P.O. Box 1863
Wylie, Texas 75098
Phone: (214) 702-1150
Fax: (214) 705-3775
Papool@ChaudhariLaw.com

**ATTORNEYS FOR PLAINTIFF
ECREDIT SOLUTIONS, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule. As such, the foregoing was served on all counsel of record who have consented to electronic service. Pursuant to Fed. R. Civ. P. 5(d) and local rule, all others not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing via email on this 4th day of June, 2020.

                                                                */s/ Papool S. Chaudhari*

                                                                Papool S. Chaudhari