IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ECREDIT SOLUTIONS LLC, | § | |
| | § | |
| Plaintiff, | § | Case No. 6:20-cv-304-ADA |
| | § | |
| v. | § | |
| | § | |
| VYZE, INC., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

## JOINT MOTION FOR DISMISSAL

The plaintiff, eCredit Solutions LLC, and defendant Vyze, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby jointly move for an order dismissing all of Plaintiff's claims in this action with prejudice, all of Defendant's counterclaims without prejudice, with each party to bear its own costs, expenses and attorneys' fees.

DATED: June 9, 2020

                                                      Respectfully Submitted:

                                                    By: *Papool S. Chaudhari*
                                                    Papool S. Chaudhari
                                                    Chaudhari Law, PLLC
                                                    P.O. Box 1863
                                                    Wylie, Texas 75098
                                                    Phone: (214) 702-1150
                                                    Fax: (214) 705-3775
                                                    Papool@ChaudhariLaw.com

                                                    *Attorneys for Plaintiff eCredit Solutions LLC*

> By: *Ricardo J. Bonilla*
> Neil J. McNabnay
> mcnabnay@fr.com
> Texas Bar No. 24002583
> Ricardo J. Bonilla
> rbonilla@fr.com
> Texas Bar No. 24082704
> Andria Rae Crisler
> crisler@fr.com
> Texas Bar No. 24093792
>
> *Attorneys for Defendant Vyze, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule.  As such, the foregoing was served on all counsel of record who have consented to electronic service. Pursuant to Fed. R. Civ. P. 5(d) and Local Rule, all others not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing via e-mail this 9th day of June, 2020.

> */s/ Papool S. Chaudhari*
>
> _____
> Papool S. Chaudhari