# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ECREDIT SOLUTIONS LLC, | § |
| Plaintiff, | § Case No. 6:20-cv-304-ADA |
| v. | § |
| VYZE, INC., | § JURY TRIAL DEMANDED |
| Defendant. | § |

## ORDER

Before the Court is the parties' Joint Motion to Dismiss. Having reviewed the briefings of the parties, the Court GRANTS the motion.

IT IS ORDERED THAT Plaintiff's claims are hereby dismissed with prejudice, and Defendant's counterclaims are hereby dismissed without prejudice.

IT IS FURTHER ORDERED THAT each party bear its own costs and fees.

The Clerk is directed to close the case.

SO ORDERED.

SIGNED on June 10, 2020

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE